Case 4:21-po-05042-JTJ   Document 5   Filed 01/07/21

FILED
11/2/2020

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ASHISH BHATIA,**<br><br>**Defendant.** | **VIOLATION:**<br>**9711275**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 9711275 (for a total of $180), and for good cause shown, IT IS ORDERED that the $180 fine paid by the defendant is accepted as a full adjudication of violation 9711275.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 10, 2020, is VACATED.

DATED this  2  day of November, 2020.

_____
John Johnston
United States Magistrate Judge